UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS' HEALTH FUND, Through Their Trustees, and Donald Lavin, in his official capacity as Co-Administrator of the Funds<br>Plaintiffs, | : | |
| v. | : | C.A. No. 06-413ML |
| SHAW CONSTRUCTION CORP.,<br>Defendant | : | |

ANSWER

Defendant, Shaw Construction Corp. ("Shaw") hereby answers Plaintiff's Complaint as follows.

Introduction

1. This is a prefatory paragraph to which no response is required. To the extent that a response is required, Denied.

Parties And Jurisdiction

2. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 2 and therefore, they are denied.
3. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 3 and therefore, they are denied.
4. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 4 and therefore, they are denied.

5. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 5 and therefore, they are denied.
6. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 6 and therefore, they are denied.
7. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 7 and therefore, they are denied.
8. Admitted.
9. This paragraph states a legal conclusion to which no response is required.

## Facts

10. Shaw is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 10 and therefore, they are denied.
11. Shaw is without knowledge or information sufficient to form a belief as to the truth of the financing on employer contributions and therefore denied. As to the remaining averments in paragraph 11, the terms of the applicable collective bargaining agreement speaks for itself. To the extent that any further response is required, Denied.
12. Shaw states that the Trust Agreement speaks for itself. To the extent that a further response is required, denied.
13. Admitted that Shaw has been a party to a collective bargaining agreement. Shaw further states that the terms of the Collective Bargaining Agreement and Trust Agreement speak for themselves. To the extent that any further response is required, denied.
14. Shaw states that the Trust Agreement speaks for itself. To the extent that a further response is required, denied.

## I. Failure To Submit To An Audit

15. Shaw hereby incorporates its answers to paragraphs 1-14 as if set forth in full herein.
16. Denied.
17. Denied.

II. Failure to Make Contributions

18. Shaw hereby incorporates its answers to paragraphs 1-17 as if set forth in full herein.

19. Denied.

20. Denied.

First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

SHAW CONSTRUCTION CORP.
By its Attorneys,

/s/ Roger N. LeBoeuf
Thomas W. Heald, Esq. #1694
Roger N. LeBoeuf, Esq. #5208
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817
Tel: (401) 421-1500
Fax: (401) 331-5886

Dated: October 12, 2006