CERTIFICATION

I hereby certify that a true copy of the within Answer to Complaint was electronically mailed to Elizabeth Wiens, Esq., Gursky Law Associates, 420 Scrabbletown Road, North Kingstown, RI, 02852 on October 12, 2006 and further certify that I am mailing an additional copy of Answer to Ms. Wiens this 26th day of October, 2006.

/s/ Roger N. LeBoeuf