**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs,*

v. C.A. No. 06-413ML

SHAW CONSTRUCTION CORP.,
*Defendant.*

**PLAINTIFFS' PRETRIAL CONFERENCE STATEMENT**

This action arise under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq. Plaintiffs seek enforcement of Defendant's obligations under a collective bargaining agreement ("CBA") with Teamsters Local 251 ("the Union") (1) to allow the Rhode Island Carpenters' Benefit Funds ("the Funds") to conduct an audit of Defendant's records and (2) to make contributions to the Funds, which are employee benefit plans within the meaning of Sections 3(1) and 3(2) of ERISA, 29 U.S.C. §1002(1)&(2).

Section 502(a)(3) of ERISA, 29 U.S.C. §1132(a)(3), authorizes a civil action to enforce any provision of ERISA or the terms of a Trust Agreement. The elements of a claim under Section 515 of ERISA, 29 U.S.C. §1145, are (1) Defendant is obligated to comply with the terms of a multi-employer plan and/or ERISA; and (2) Defendant has not complied with the terms of a multi-employer plan and/or ERISA.

Defendant is party to a CBA with the Union which requires Defendant to comply with the terms of a multi-employer plan ("Plan"). The Plan provides, "[t]he Trustees may at any time have an audit made of the payroll records and wage records of any Employer in connection with the said contributions and reports." See Article 5.5 of the Trust Agreement. Also, pursuant to 29 U.S.C. §§ 1059 and 1104, the Fund has the right to conduct an audit of Defendant's payroll.

Plaintiffs filed this Complaint seeking to audit the records of Defendant Shaw Construction Corp. in order to determine if Defendant is properly reporting covered hours and submitting contributions to the Funds, as required by the CBA and Trust Agreements.

An audit was conducted on Wednesday, December 13, 2006, however, to date, the results to the audit are not available. If the audit results reveal the existence of delinquent contributions, Plaintiffs will attempt to collect those contributions, as well as interest, penalties and attorneys' fees, through this litigation. If the results reveal that Defendant is current in its obligations to the Funds, Plaintiffs will seek their attorneys' fees.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Pre-trial Statement on December 20, 2006. The Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

/s/ Elizabeth Wiens