**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS' ANNUITY FUND, RHODE ISLAND CARPENTER'S PENSION FUND, RHODE ISLAND CARPENTERS' VACATION FUND, RHODE ISLAND CARPTENTERS' HEALTH FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-413ML

SHAW CONSTRUCTION CORP.,
*Defendant*.

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

For Plaintiffs:

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

/s/ Roger N. LeBoeuf
Roger N. LeBoeuf, Esq.
Heald & LeBoeuf, Ltd.
606 Old Colony House
Providence, Rhode Island 02903
(401) 421-1500
(401) 331-5886

CERTIFICATION

I hereby certify that I electronically filed the within Dismissal Stipulation on February 15, 2007. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Roger LeBoeuf, Esq.
Heald & LeBoeuf, LTD
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

/s/ Elizabeth Wiens